IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> VS. <br><br> JAIME RAMIREZ, <br> Defendant | NO. 3: 06-CR-14 (CAR) <br><br> **VIOLATION(S): DRUG RELATED** |

## ORDER ON MOTION OF GUY J. NOTTE TO WITHDRAW AS COUNSEL FOR DEFENDANT JAIME RAMIREZ

GUY J. NOTTE, attorney of record for defendant **JAIME RAMIREZ**, has requested that the court permit him to withdraw as counsel for said defendant, showing that defendant Ramirez has failed to maintain contact with him and that his client's whereabouts is unknown. Tabs #22 and #26. Accordingly, upon consideration of his request to withdraw and for good cause shown, the same is **GRANTED**. GUY J. NOTTE is hereby relieved of any further responsibility in the representation of defendant JAIME RAMIREZ.

SO ORDERED, this 23rd day of AUGUST, 2006, *nunc pro tunc* June 21, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE